Exhibit A

Case: 1:25-cv-10695 Document #: 1-1 Filed: 09/05/25 Page 2 of 7 PageID #:5

FILED
7/1/2025 4:38 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L008326
Calendar, A
33392709

FILED DATE: 7/1/2025 4:38 PM 2025L008326

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

Timothy C. Culbertson,         )
        )
        Plaintiff,      )
        )
        v.        )    No.
        )
Catherine Beck,         )
        )
        Defendant.    )

### COMPLAINT AT LAW

NOW COMES the Plaintiff, Timothy C. Culbertson, and complaining of Defendant, Catherine Beck, alleges as follows:

#### INTRODUCTION

1.    This cause comes before the Court upon the Plaintiff's complaint for damages as a result of the Defendant's efforts to defame the Plaintiff.

2.    This action seeks recovery for damages incurred by the Plaintiff as a result of malicious, defamatory, false and salacious allegations by the Defendant for state law claims against the Defendants for defamation and false light invasion of privacy.

#### PARTIES

3.    Plaintiff, Timothy C. Culbertson, is an individual who resides in Cook County, Illinois.

4.    Defendant, Catherine Beck is an individual who resides in Milwaukee County, Wisconsin.

5.    Plaintiff is an Illinois attorney first licensed in 1995.

6.    In or about April of 2021, Defendant's father was referred to Plaintiff to represent him in a lawsuit that had ben filed against him.

FILED DATE: 7/1/2025 4:38 PM   2025L008326

7.      Thereafter, Plaintiff was asked by Defendant's adoptive brother to represent him to modify a Trust that had been established for his benefit.

8.      At all times relevant herein, Defendant authored and posted a written publication on the internet falsely representing that the Plaintiff had engaged in various criminal and/or fraudulent acts, and otherwise lacks integrity in the discharge of his office or employment.

## JURISDICTION AND VENUE

9.      The jurisdiction of this Court is conferred and invoked pursuant to 735 ILCS 5/2-209(a)(2), as Defendant posted defamatory statements in this jurisdiction.

10.      Venue of this Complaint has properly been laid in the Circuit Court of Cook County pursuant to 735 ILCS 5/2˙101 et.seq., as all of the actions alleged herein occurred within the County of Cook, State of Illinois, all of which lie within the territorial boundaries of Cook County, Illinois.

## COUNT I - DEFAMATION PER SE

11.      On April 19, 2024, Plaintiff caused a new website for his business as an attorney to go live on the internet at https://timculbertson.com/.

12.      Thereafter, the website was linked to Google My Business in early July, 2024.

13.      On July 25, 2024, Defendant posted a review of Plaintiff on Google.com, a true and correct copy of which is attached hereto as Exhibit A.

14.      July 25, 2024, internet posting was false and defamatory in the following particular respects:

a.      Defendant published a statement that Plaintiff abused his relationship with an adult disabled person for personal gain relating to a lawsuit in which Defendant was a litigant;

b.      Defendant published a statement that Plaintiff abused and took advantage of her elderly father for financial gain in a lawsuit in which Plaintiff was representing the father;

FILED DATE: 7/1/2025 4:38 PM    2025L008326

c.      Defendant published a statement claiming that Plaintiff lacked the ability to effectively represent his clients; and

d.      Defendant published a statement that Plaintiff was "corrupt."

15.     All of the foregoing statements published by Defendant over the internet were in fact false.

16.     As a direct and proximate result of these actions, the Plaintiff has suffered economic and non‑economic losses.

17.     The actions of the Defendant were done with actual malice, in that Defendant knew or should have known that the would portray the Plaintiff as a criminal, as someone who lacked integrity in his business activities, and that the posting was defamatory and placed the Plaintiff in a false light.

18.     Defendant knew at the time of the posting that the statements made against the Plaintiff were false and proceeded to publish them to the public.

19.     The words posted by Defendant regarding the Plaintiff imputed criminal and fraudulent acts to him.

20.     All of the Defendant's conduct was intentional, willful, malicious and with reckless disregard of the truth.

21.     The Plaintiff has suffered and continues to suffer both public and private humiliation and embarrassment as the direct result of Defendant's actions.

22.     At all relevant times when Defendant published the above comments, she knew that they were false and likely to cause harm to the Plaintiffs reputation and damage his business and career.

FILED DATE: 7/1/2025 4:38 PM    2025L008326

23.     In fact, it was Defendant's purpose in posting the false review to cause harm to the Plaintiffs reputation and damage his business and career.

Wherefore, Plaintiff demands judgment against all Defendants in a sum to be determined at trial in excess of Five-Hundred Thousand Dollars ($500,000.00), for punitive damages, for costs and for any and all further relief that is just and equitable.

### COUNT II- FALSE LIGHT

24.     As and for this Paragraph 24, Plaintiff realleges and incorporates by this reference Paragraphs 1 through 23 herein above as if fully set forth herein.

25.     The conduct and manner in which all Defendant posted the false review put Plaintiff in a false light.

26.     The false light in which Defendant placed Plaintiff was highly offensive and objectionable to a reasonable person.

27.     The Defendant had knowledge of the falsity of the publicized matters and the false light in which Plaintiff was placed.

28.     All of the Defendant's conduct was intentional, willful, malicious, and with reckless disregard of the truth as to the falsity of the publicized matters and the false light in which Plaintiff was placed.

29.     At all relevant times, Defendant knew the published review was false, that it placed the Plaintiff in a false light before the public and that the review would cause harm to the Plaintiff's reputation and damage to him business interests and career.

30.     As a result of one or more of these acts or omissions of the Defendant, Plaintiff sustained permanent injuries, anguish, embarrassment and humiliation of a personal, physical, mental and pecuniary nature.

FILED DATE: 7/1/2025 4:38 PM    2025L008326

Wherefore, Plaintiff demands judgment against the Defendants in a sum to be determined at trial in excess of Five-Hundred Thousand Dollars ($500,000.00), for punitive damages, for costs and for any and all further relief as is just and equitable.

Timothy C. Culbertson

By: _____ /s/ Timothy C. Culbertson _____

## VERIFICATION

I, Timothy C. Culbertson, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certify that the statements set forth in the foregoing Answer are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true. As to all allegations to which I answer a lack of knowledge or information, I hereby certify the truth of my want of knowledge with respect thereto.

Timothy C. Culbertson
P.O. Box 56020
Chicago, Illinois 60656
(847) 913-5945
tcculb@gmail.com

5

